```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/7/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ANDREW SHURTLEFF,

                Plaintiff,                            12 **CIVIL** 5912 (LAK)

        -against-                                **JUDGMENT**

DIME MAGAZINE PUBLISHING COMPANY, INC.,
                Defendant.
-----------------------------------------------------------X

      Whereas the above-captioned action having come before the Court, and the matter having come before the Honorable Lewis A. Kaplan, United States District Judge, and the Court, on February 5, 2014, having rendered its Order directing the Clerk to enter judgment in favor of plaintiff and against the defendant in the total amount of $88,187.50, substantially for the reasons set forth in the report and recommendation of Magistrate Judge Michael H. Dolinger to which no objections have been filed, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 5, 2014, Judgment is entered in favor of plaintiff and against the defendant in the total amount of $88,187.50, substantially for the reasons set forth in the report and recommendation of Magistrate Judge Michael H. Dolinger to which no objections have been filed; accordingly, the case is closed.

**Dated:** New York, New York
         February 7, 2014                                  **RUBY J. KRAJICK**

                                                                Clerk of Court
                                       **BY:**
                                                                  **Deputy Clerk**

                                            **THIS DOCUMENT WAS ENTERED**
                                            ON THE DOCKET ON _____